IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FELICIA GRAY, on behalf of L.G., a minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:12-CV-482-WKW |
| HIGHLAND GARDENS SCHOOL, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

<u>ORDER</u>

On January 31, 2013, the Magistrate Judge filed a Recommendation. (Doc. # 29.) No objections were filed. After an independent and *de novo* review of the record, it is ORDERED that

1. The Recommendation (Doc. # 29) of the Magistrate Judge is ADOPTED;

2. Defendants' motion to dismiss (Doc. # 15) is GRANTED as to the claims Ms. Gray brings on her own behalf;

3. Ms. Gray's motion to appoint counsel (Doc. # 16) is DENIED; and

4. Defendants' motion for judgment on the pleadings or, in the alternative, for summary judgment (Doc. # 23) is DENIED as moot.

It is further ORDERED that this action is held in abeyance for thirty days. Plaintiff has until **March 28, 2013**, to find counsel to represent her minor son, L.G., and to have counsel make an appearance in this action. To that end, Defendants' motion for a more definite statement (Doc. # 15) is GRANTED as to L.G.'s claims. The court will revisit the deadline for filing an amended complaint after March 28, 2013. Plaintiff is cautioned, however, that her failure to retain an attorney by the March 28 deadline will result in dismissal of the remaining claims for lack of standing.

DONE this 28th day of February, 2013.

                          /s/ W. Keith Watkins
                         CHIEF UNITED STATES DISTRICT JUDGE