IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA GRAY, on behalf of L.G., a minor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:12-CV-482-WKW ) |
| HIGHLAND GARDENS SCHOOL, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On February 28, 2013, the court ordered Ms. Gray to find counsel for her minor son, L.G., whom she cannot represent *pro se*. (Doc. # 30.) The court's order warned that failure to comply before March 28, 2013, would result in dismissal of this action. That deadline has passed, but no counsel has appeared on behalf of L.G.

Accordingly, it is ORDERED that Plaintiff's complaint is DISMISSED for lack of standing.

An appropriate judgment will follow.

DONE this 3rd day of April, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE